## Marvin W. TULL *v.* STATE of Arkansas

CR 02-509                                    78 S.W.3d 714

Supreme Court of Arkansas
Opinion delivered June 6, 2002

*Joe Kelly Hardin*, for appellant.

No response.

PER CURIAM. Appellant Marvin W. Tull, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Joe Kelly Hardin, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.